UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – TRENTON VICINAGE

| | |
|---|---|
| SAUL FALACK,<br><br>            Plaintiff(s),<br><br>vs.<br><br>CHASE BANK USA, N.A. and JOHN DOES 1-25,<br><br>            Defendant(s). | Case No. 16-CV-04962-AET-TJB<br><br>**NOTICE OF SETTLEMENT** |

      Defendant Chase Bank USA, N.A. ("Chase"), by and through its attorneys, The Law Office of Christopher B. Turcotte, P.C., hereby notifies this Court that Chase and plaintiff Saul Falack ("Plaintiff") have settled all claims between them in this Action. The parties have executed a settlement agreement and are in the process preparing dismissal papers. Chase anticipates that a motion for dismissal of this Action, with prejudice, will be filed within 21 days. Accordingly, Chase requests that the December 12, 2016 pretrial scheduling conference, as well as any other pending appearances and deadlines, be vacated and that the Court set a deadline of December 30, 2016, to file for dismissal of this Action.

-2-

Dated:  December 9, 2016

Respectfully submitted,

THE LAW OFFICE OF
CHRISTOPHER B. TURCOTTE, P.C.

By:      /s/Christopher B. Turcotte
Christopher B. Turcotte
cturcotte@cbtlaw.com
575 Madison Avenue, Suite 1006
New York, NY 10022
Telephone: (212) 937-8499

*Attorneys for Defendant*
*CHASE BANK USA, N.A.,*

LA 52001955

## CERTIFICATE OF SERVICE

I certify that on December 9, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Christopher B. Turcotte
Christopher B. Turcotte
575 Madison Avenue, Suite 1006
New York, New York 10022
(212) 937-8499

LA 52001955