Law Offices of Benjamin G. Kelsen, Esq. LLC
1415 Queen Anne Road, Suite 206
Teaneck, New Jersey 07666
Telephone: 210-692-0073
Facsimile: 201-692-0151
Email: info@kelsenlaw.com
*Attorney for Plaintiff Saul Falack*

| | |
|---|---|
| **SAUL FALACK,**<br>　　　　　　　　　Plaintiff(s),<br><br>　　　　　v.<br><br>**CHASE BANK USA, N.A. et al ,**<br>　Defendant(s)<br>　　　　　　　　　Defendants | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action:<br><br>3:16-cv-04962-AET-TJB<br><br>**STIPULATION** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff **SAUL FALACK**, hereby stipulates to the voluntary dismissal, with prejudice, of all claims asserted or which could have been asserted in this action.  Each Party will bear its own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF**
　　　　　　　　　　　　　　　　　**BENJAMIN G. KELSEN, ESQ. LLC**

　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Benjamin G. Kelsen, Esq.
　　　　　　　　　　　　　　　　　1415 Queen Anne Road
　　　　　　　　　　　　　　　　　Suite 206
　　　　　　　　　　　　　　　　　Teaneck, New Jersey  07666
　　　　　　　　　　　　　　　　　Telephone: 210-692-0073
　　　　　　　　　　　　　　　　　Facsimile: 201-692-0151
　　　　　　　　　　　　　　　　　Email: info@kelsenlaw.com
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Saul Falack*

2470383_1